UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY NICHOLS,

    Plaintiff,

v.        Case No. 8:06-cv-1139-T-TBM

MICHAEL J. ASTRUE,
Commissioner of the United States
Social Security Administration,[1]

    Defendant.
_____/

**O R D E R**

THIS MATTER is before the court on the Commissioner's **Motion for Entry of Judgment with Remand** (Doc. 16). By this motion, the Commissioner seeks an Order remanding the case to an Administrative Law Judge to:

> offer Plaintiff an opportunity for a supplemental hearing and request additional medical evidence for the relevant period from August 6, 2002, to December 31, 2004, the date disability insured status expired; . . . admit relevant documents into the record unless the representative presents a valid objections; further consider Plaintiff's obesity per Social Security Ruling (SSR) 02-01; obtain medical expert evidence; obtain additional vocational expert testimony at either the fourth or fifth step of the sequential evaluation process; . . . and enter evidence into the record from Sections A, B, D, and E of the modular disability folder.

The Commissioner represents that Plaintiff does not object to the motion.

---

[1] Michael J. Astrue became Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this suit.

This motion is made pursuant to Sentence Four of § 405(g) of the Social Security Act, which provides: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Secretary, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). In a Sentence Four remand, the appropriate procedure requires the court to enter final judgment in favor of the Plaintiff. Shalala v. Schaefer, 509 U.S. 292 (1993).

Accordingly, the Commissioner's **Motion for Entry of Judgment with Remand** (Doc. 16) is **GRANTED**. The decision is reversed and remanded for further proceedings before the Commissioner consistent with this Order. The Clerk is directed to enter Judgment in favor of the Plaintiff and to close the case. The matter of fees and costs shall be addressed upon further pleadings.

**Done and Ordered** in Tampa, Florida, this 1st day of June 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record